IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAHEEMAH DONYE SHADIRE WHITMORE,** : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-2602 |
| : | |
| **RAHEEM RYAN WHITMORE,** *et al.*, : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 2nd day of December 2025, upon consideration of Plaintiff Raheemah Donye Shadire Whitmore's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Second Amended Complaint (ECF No. 8), Motion to Expedite (ECF No. 13), Request for a Conference Meeting (ECF No. 14), and Request to Add Detectives (ECF No. 15), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Second Amended Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to **ADD** Robert Williams, also known as Meek Mill, as a defendant.

4. Whitmore's Second Amended Complaint (ECF No. 8) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** as factually frivolous and legally meritless.

    b. All state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

5. Whitmore's Motion to Expedite (ECF No. 13), Request for a Conference Meeting (ECF No. 14), and Request to Add Detectives (ECF No. 15) are **DENIED** as moot.

6. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

7. The Clerk of Court is **DIRECTED** to restrict access to Whitmore's Motion (ECF No. 5) to court users, case participants, and public terminal users only because it contains Personally Identifiable Information ("PII"). Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."

8. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/S/ Kai N. Scott
**KAI N. SCOTT, J.**